UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ANTHONY MACGREGOR, | No. 2:13-cv-1883 LKK AC P |
| Plaintiff, | |
| v. | ORDER |
| DR. DIAL, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 27, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed March 27, 2014, are adopted in full;

    2. Plaintiff's amended motion to stay (ECF No. 21) is denied for the reasons set forth in

the previously issued Findings and Recommendations (ECF No. 22),[1] and because the amended motion is duplicative of the original motion to stay (ECF No. 14).

DATED: June 4, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The November 27, 2013 findings and recommendations (ECF No. 22) were adopted by order filed April 1, 2014. See ECF No. 39.

2