UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ANTHONY MACGREGOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. DIAL, et al.,<br><br>　　　　Defendants. | No.  2:13-cv-1883 JAM AC P<br><br><br>ORDER |

　　　　On November 24, 2014, plaintiff filed a request for reconsideration of the magistrate judge's order filed November 7, 2014, denying plaintiff's request for appointment of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id.  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

　　　　Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 7, 2014, is affirmed.

DATED: January 5, 2015

　　　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE